MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

MATTHEW L. McCARTHY (CABN 217871)
Assistant United States Attorney

450 Golden Gate Ave., Box 36055
San Francisco, California 94102
Telephone: (415) 436-7200
Fax: (415) 436-7234
E-Mail: Matthew.McCarthy@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 11-0200 RS |
| Plaintiff, | [PROPOSED] STIPULATED ORDER CONTINUING STATUS CONFERENCE |
| v. | **Current Hearing Date:** June 12, 2012<br>Time: 2:30 p.m.<br>Judge: Hon. Richard Seeborg |
| ROGELIO CABRERA, | |
| Defendants. | **Proposed Hearing Date:** July 10, 2012<br>Time: 2:30 p.m. |

[PROPOSED] STIPULATED ORDER CONTINUING STATUS CONFERENCE
CR 11-0856-SI

1       The above-captioned case is currently scheduled for a status conference on Tuesday, June 12, 2012. However, counsel are in the process of conducting further investigation into this matter and need additional time to resolve the matter.

     Accordingly, the parties jointly request that this matter be continued to the Court's regularly scheduled calendar on July 10, 2012 for a status conference.

     Further, the parties stipulate and jointly request that time be excluded from the Speedy Trial Act calculations from June 12, 2012 through July 10, 2012 for effective preparation of counsel. The parties agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

| | |
|---|---|
|   6-11-12 | /s/ |
| DATED | MELINDA HAAG<br>United States Attorney<br>MATTHEW L. McCARTHY<br>Assistant United States Attorney |
|   6-11-12 | /s/ |
| DATED | GARRICK LEW<br>EDWARD HU<br>Attorneys for Rogelio Cabrera |

| | |
|---|---|
| 1 | **[PROPOSED]** ORDER |

For good cause shown, the status conference now scheduled for Tuesday, June 11, 2012 is vacated. The matter shall be added to the Court's calendar on Tuesday, July 10, 2012 for a status conference.

In addition, for the reasons stated above, the Court finds that an exclusion of time from June 11, 2012 through July 10, 2012 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(7)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

6/11/12
DATED

HON. RICHARD SEEBORG
United States District Court Judge